UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

SK FOODS, LP, a California
limited partnership, et al.,

        Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

        Plaintiff,                    CIV. NO. S-11-2369 LKK

      v.

SKPM CORP., et al.,                      <u>O R D E R</u>

        Defendants.
_____/

    On February 29, 2012, this court withdrew the reference to the Bankruptcy Court, of Count One of the underlying adversary complaint, and stayed that claim pending resolution of the claims remaining in the Bankruptcy Court (ECF No. 18).

    The court now further orders that the Trustee shall promptly **NOTIFY** the court when those remaining claims are resolved in the Bankruptcy Court.

////

1   IT IS SO ORDERED.

2   DATED:   February 21, 2013.

```
                          _____
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```