```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,

          Plaintiff,
                                         CR. NO. S-10-061 LKK
               v.

FREDERICK SCOTT SALYER,

          Defendant.
_____/
In re:

SK FOODS, LP, a California
limited partnership, et al.,

          Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

          Plaintiff,                     CIV. NO. S-11-2369 LKK

               v.

SKPM CORP., et al.,
          Defendants.
_____/

////

////

////

////
```

```
 1  IN RE:
 2  SK FOODS, L.P.,
 3          Debtor.
 4  SCOTT SALYER, et al.,                              CIV. S-11-2987 LKK
 5          Appellants,
 6              v.
 7  SK FOODS, L.P., et al.,
 8          Appellees.
                                        /
 9  IN RE:
10  SK FOODS, L.P., a California
    limited partnership, et al.,
11
            Debtor.
12
    BANK OF MONTREAL, as Administrative
13  Agent, Successor by Assignment to
    Debtors SK Foods, L.P. and RHM
14  Industry Specialty Foods, Inc.,
    a California Corporation, d/b/a                    CIV. S-13-0237 JAM
15  Colusa County Canning Co.,
16          Plaintiff,
17              v.
18  CARY SCOTT COLLINS, an individual
    doing business as Collins and                      RELATED CASE ORDER
19  Associates; FREDERICK SCOTT SALYER,
    an individual, SAS 1999 TRUST;
20  CGS 1999 TRUST; CGS 2007 TRUST;
    STEFANIE A. SALYER, an individual
21  CAROLINE G. SALYER, an individual,
22          Cross-defendants.
                                        /
23
24      The court is in receipt of a notice that the above-captioned
25  case is related to the previously related cases 2:11-cv-2369 LKK,
26  2:11-cv-2987 LKK and 2:10-cr-61 LKK. The notice was filed by Cary
```

1  Scott Collins, a defendant in the underlying case, <u>Bank of Montreal</u>
2  <u>v. Collins</u>, Bankr. Adv. Proc. No. 11-2340 (Bankr. E.D. Cal.), who
3  has moved to withdraw the reference of the underlying case from the
4  Bankruptcy Court, and to proceed with the matter in this court.
5      Examination of these cases shows that they appear to be
6  related.  Related cases are generally assigned to the judge
7  presiding over the case with the lowest number.  <u>See</u> E.D. Cal. R.
8  123(c).  Accordingly the court ORDERS as follows:
9      1. The action denominated 2:13-cv-237 JAM is REASSIGNED to
10 Senior Judge Lawrence K. Karlton for all further proceedings.
11     2. Henceforth, the caption on documents filed in the
12 reassigned case shall be shown as 2:13-cv-237 LKK.
13     3. The Clerk of the Court shall make appropriate adjustment
14 in the assignment of civil cases to compensate for this
15 reassignment.
16     IT IS SO ORDERED.
17     DATED:  February 21, 2013.

                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT