UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

SK FOODS, LP, a California
limited partnership, et al.,

        Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

        Plaintiff,                    CIV. NO. S-11-2369 LKK

           v.

SKPM CORP., et al.,                    O R D E R

        Defendants.
_____/

    On February 29, 2012, this court withdrew the reference for the Trustee's fraudulent transfer claim against SSC&L 2007 Trust, Count 1 of the adversary complaint (ECF Nos. 18 & 21). On December 4, 2012, however, the Ninth Circuit made clear that the Bankruptcy Court is authorized to hear even those claims that it cannot decide to final judgment, so long as that court submits Findings and Recommendations for the district court's de novo review. Executive Benefits Ins. Agency v. Arkison (In re Bellingham Ins. Agency, Inc.), 702 F.3d 553 (9th Cir. 2012).

Accordingly, the previously withdrawn claim – Count 1, as against SSC&L 2007 Trust – is **REFERRED** back to the Bankruptcy Court, for Findings and Recommendations.

IT IS SO ORDERED.

DATED: April 2, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT