```
 1
 2
 3
 4
 5
 6
                          UNITED STATES DISTRICT COURT
 7
                         EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,
10          Plaintiff,
                                           CR. NO. S-10-061 LKK
11              v.
12  FREDERICK SCOTT SALYER,
13          Defendant.
                                    /
14  In re:
15  SK FOODS, LP, a California
    limited partnership, et al.,
16
            Debtors.
17
    BRADLEY D. SHARP, Chapter 11
18  Trustee,
19          Plaintiff,                     CIV. NO. S-11-2369 LKK
20              v.
21  SKPM CORP., et al.,
            Defendants.
22                                  /
23  ////
24  ////
25  ////
26  ////
```

```
 1  IN RE:

 2  SK FOODS, L.P.,

 3          Debtor.

 4  SCOTT SALYER, et al.,                            CIV. S-11-2987 LKK

 5          Appellants,

 6              v.

 7  SK FOODS, L.P., et al.,

 8          Appellees.
                                        /
 9  IN RE:

10  SK FOODS, L.P., a California
    limited partnership, et al.,
11
            Debtor.
12
    CSSS, L.P. d/b/a CENTRAL VALLEY
13  SHIPPERS,                                        CIV. S-13-0522 JAM

14          Appellant,

15              v.

16  BANK OF MONTREAL, as Administrative
    Agent, successor by Assignment                   RELATED CASE ORDER
17  to Debtors SK Foods, L.P. and
    RHM Industrial Specialty Foods,
18  Inc., a California corporation,
    d/b/a Colusa County Canning Co.,
19
            Appellee.
20                                      /
```

The court is in receipt of a notice from defendant-appellant CSSS, L.P. d/b/a Central Valley Shippers, that <u>CSSS v. BMO (In re SK Foods)</u>, Civ. No. 2:13-cv-522-JAM, is related to Civ. Nos. 2:11-cv-2369-LK, 2:11-cv-2987-LKK (closed) and 2:10-cr-61-LKK (closed).[1]

---

[1] CSSS also asserts that this case is related to 2:12-cv-669-LKK (closed), however, that case was dismissed before any

1  Examination of these cases shows that they are related within the
2  meaning of E.D. Cal. R. 123(c), pursuant to which, related cases
3  are re-assigned to the judge with the lower numbered case.
4      Accordingly the court ORDERS as follows:
5      1.  The case denominated Civ. No. 2:13-cv-522-JAM is
6  REASSIGNED to Senior Judge Lawrence K. Karlton for all further
7  proceedings.  Henceforth, the caption on documents filed in the
8  reassigned case shall be shown as Civ. No. 2:13-cv-522-LKK.
9      2.  The Clerk of the Court shall make appropriate adjustment
10 in the assignment of civil cases to compensate for this
11 reassignment.
12     IT IS SO ORDERED.
13     DATED:  June 14, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

26  substantive proceedings had occurred.  Accordingly, it will be excluded from this Related Case Order.

3