1
2
3
4
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | |
|         v. | CR. NO. S-10-061 LKK |
| FREDERICK SCOTT SALYER, | |
|     Defendant. | |

In re:

SK FOODS, LP, a California
limited partnership, et al.,

    Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

    Plaintiff,                               CIV. NO. S-11-2369 LKK

        v.

SKPM CORP., et al.,
    Defendants.
_____/

////

////

////

////

```
IN RE:

SK FOODS, L.P.,

        Debtor.
SCOTT SALYER, et al.,                          CIV. S-11-2987 LKK

        Appellants,

           v.

SK FOODS, L.P., et al.,

        Appellees.
_____/
IN RE:

SK FOODS, L.P., a California
limited partnership, et al.,

        Debtor.

CSSS, L.P. d/b/a CENTRAL VALLEY
SHIPPERS,                                      CIV. S-13-0522 JAM

        Appellant,

           v.

BANK OF MONTREAL, as Administrative
Agent, successor by Assignment                 RELATED CASE ORDER
to Debtors SK Foods, L.P. and
RHM Industrial Specialty Foods,
Inc., a California corporation,
d/b/a Colusa County Canning Co.,

        Appellee.
_____/
```

The court is in receipt of a notice from defendant-appellant CSSS, L.P. d/b/a Central Valley Shippers, that <u>CSSS v. BMO (In re SK Foods)</u>, Civ. No. 2:13-cv-522-JAM, is related to Civ. Nos. 2:11-cv-2369-LK, 2:11-cv-2987-LKK (closed) and 2:10-cr-61-LKK (closed).[1]

---

[1] CSSS also asserts that this case is related to 2:12-cv-669-LKK (closed), however, that case was dismissed before any

2

1  Examination of these cases shows that they are related within the
2  meaning of E.D. Cal. R. 123(c), pursuant to which, related cases
3  are re-assigned to the judge with the lower numbered case.
4      Accordingly the court ORDERS as follows:
5      1.   The case denominated Civ. No. 2:13-cv-522-JAM is
6  REASSIGNED to Senior Judge Lawrence K. Karlton for all further
7  proceedings.  Henceforth, the caption on documents filed in the
8  reassigned case shall be shown as Civ. No. 2:13-cv-522-LKK.
9      2.   The Clerk of the Court shall make appropriate adjustment
10 in the assignment of civil cases to compensate for this
11 reassignment.
12     IT IS SO ORDERED.
13     DATED:  June 14, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

substantive proceedings had occurred.  Accordingly, it will be excluded from this Related Case Order.